In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of MART WATERMAN HOLDING CORP., Respondent. FRIEDA S. MILLER, as Industrial Commissioner, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

## (January 16, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHESTER W. CARR, Appellant, v. Dr. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Appeal by relator from an order denying his application to be released on the return of a writ of habeas corpus. It appears that he was convicted of the crime of grand larceny for having stolen two rings from his wife. A husband may not be convicted for larceny from his wife. (*Caplan* v. *Caplan*, 268 N. Y. 445; *Allen* v. *Allen*, 246 id. 571; *Schultz* v. *Schultz*, 89 id. 644.) Order reversed, writ sustained and prisoner discharged, with fifty dollars costs and disbursements. Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ., concur.

## (January 17, 1941.)

In the Matter of the Probate of the Last Will and Testament of ANNA F. ZWICK, Deceased. HAZEL C. PAULUS, as Executrix, etc., Appellant; EDGAR S. KNOX, WILLIAM QUINN and GEORGE H. ZWICK, Respondents.— Order unanimously affirmed, with costs payable out of the estate. The deposition of the witness Catherine Zwick is to be taken before the surrogate of Albany county at his chambers on Monday, January 20, 1941, at ten o'clock in the forenoon or at some day and hour thereafter fixed by the surrogate. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

## (January 20, 1941.)

In the Matter of the Application of OLIVER REYNOLDS, Petitioner, for an Order to Review a Determination against HOLTON V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Respondent.— Motion to dismiss appeal denied. Motion to present appeal on original record granted. Case to be argued at March, 1941, Order and General Calendar Term. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.